**No. 09-7674. Demetrius Dewayne Smith, Petitioner v. Texas.**

559 U.S. 975, 130 S. Ct. 1689, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2190.

March 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 297 S.W.3d 260.